AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
| v. | ) |
| Andre Alidrew Romero | ) Case No. 6:21mj 05 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 19, 2016__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 911 | False Claim to United States Citizenship |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Appeared & sworn by telephone

_Joseph W. Bardol_
*Complainant's signature*

Joseph W Bardol, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence. by telephone

Date: 1/20/21

_[Judge's signature]_
*Judge's signature*

City and state: Greenville, South Carolina , U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, JOSEPH BARDOL, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), formerly the United States Immigration and Naturalization Service, (USINS), and have been so employed since 1995. I am currently assigned to the Office of the Resident Agent in Charge (RAC)/Greenville, South Carolina. As part of my official duties as an HSI Agent, I am assigned to investigate violations of the Immigration statutes as well as other law enforcement statutes.

2. On January 4, 2021, HSI/Greenville, Special Agent (SA) Bardol was contacted by Greenville County Sheriff's Office (GCSO) Investigator John Garrett regarding Andre Alidrew ROMERO. Inv. Garrett advised SA Bardol that ROMERO was introduced to him at a local restaurant in Greenville, SC. ROMERO stated to Inv. Garrett that he was an undercover (UC) agent with "DEA" (U.S. Drug Enforcement Agency) out of Columbia, SC, but did "UC" work in Greenville. Inv. Garrett was a Task Force Officer (TFO) with DEA in Greenville and did not recognize ROMERO. Inv. Garrett contacted Acting Resident Agent in Charge (ARAC) Chris Smith regarding ROMERO. ARAC Smith stated that ROMERO is not employed by DEA in any capacity. Inv. Garrett ran record check queries on ROMERO which resulted in a positive match to FBI#XXXXXXEC6 and A#XXX-XXX-298. SA Bardol assisted GCSO Inv. Garrett with his case.

3. SA Bardol conducted Immigration database queries of the name Andre Alidrew ROMERO and date of birth, XX/XX/1982, which indicated that ROMERO is a Legal Permanent Resident aka "green card" in the U.S. and resulted in a positive match to Alien File Number (A# XXX-XXX-584). Immigration databases indicate that ROMERO was encountered by Immigration & Customs Enforcement (ICE), Enforcement & Removal Operations (ERO) in New York, NY on June 8, 2010 after being arrested by New York City Police Department (NYPD), FBI# XXXXXXEC6 relates. FBI# XXXXXXEC6 is associated to information relating to an arrest in New York City, New York on April 29, 2004 for Criminal Possession of a loaded firearm – 3rd degree, Criminal Possession of a weapon – 4th Firearm/ Weapon and Motor Vehicle License Violation: No License by NYPD.

4. On January 15, 2021, SA Bardol obtained employment documents from RL Enterprises LLC, located at 319 Garlington Road, Greenville, SC regarding ROMERO. ROMERO filled out an employment application, W-4, and USCIS Form I-9 for employment at Country Fresh LLC located in Gray Court, SC. SA Bardol reviewed the copy of USCIS Form I-9, Employment Eligibility Verification and supporting documents, which included photocopy of a South

Carolina Beginner Permit in the name Andre Alidrew ROMERO; DOB: XX/XX/1982), along with a Social Security Card (bearing the name Andre Alidrew ROMERO and XXX-XX-4883). ROMERO checked that he was a US Citizen on Form I-9, which was signed and dated on April 19, 2016.

5. Based on these facts, there is probable cause to believe that ROMERO, on April 19, 2016 in the District of South Carolina, did knowingly false claim to be a citizen of the United States in violation of 18 USC 911.

*Appeared & sworn by telephone*

*Joseph Bardol*

Joseph Bardol, Special Agent
Homeland Security Investigations

*by telephone*

Sworn before me on this the 20th day of January 2021

KEVIN F. MCDONALD
United States Magistrate Judge

2